IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WILLIAM D. MASTERS, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-cv-2287-RJD |
| | ) | |
| COMMISSIONER of SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

**DALY, Magistrate Judge:**

This matter comes before the Court on Plaintiff's Agreed Motion to Award Attorney Fees and Expenses.  Doc. 30.  The parties agree and stipulate to an award of attorney fees and expenses in the amount of $9,900.00.  *Id*.

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B).  The Court further finds that the amount sought is reasonable and appropriate.  Therefore, the Joint Motion to Award Attorney Fees and Expenses (Doc. 30) is **GRANTED**.  Plaintiff is awarded $9,900.00 (NINE THOUSAND NINE HUNDRED dollars and ZERO cents) for attorney fees and expenses in full satisfaction of any and all claims that may be payable to Plaintiff in this matter under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States.  *Astrue v. Ratliff*, 560 U.S. 586 (2010).  If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government

subject to offset, Defendant will direct that the award be made payable to Cody T. Marvin pursuant to the EAJA assignment duly signed by Plaintiff.   If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

> Cody T. Marvin
> 630 Davis Street, Suite 300
> Evanston, IL 60201

**DATED: June 22, 2026**

**Hon. Reona J. Daly**
**United States Magistrate Judge**